UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOFER ALAN DELGADO VALENCIA,<br><br>                                  Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                                  Respondents. | Case No.:  3:26-cv-3497-CAB-JAC<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner Cristofer Alan Delgado Valencia, an immigration detainee proceeding pro se, has filed a second petition for a writ of habeas corpus.  [Doc. No. 1 ("Petition").] Petitioner is a Mexican national who was detained at the border when he sought admission into the United States by presenting a counterfeit U.S. Passport Card at the San Ysidro Port of Entry on August 29, 2025.  He was placed into removal proceedings and ordered removed.  While in detention, he has received two bond hearings and been denied bond both times.  (November 7, 2025 and December 30, 2025).

Petitioner filed his first habeas petition in February 2026, which the Court denied after an analysis of the *Banda* factors.  [Case No. 3:26-cv-1190-CAB-DDL.]  Petitioner

3:26-cv-3497-CAB-JAC

has now filed the instant, second Petition, following an order of removal from the IJ. Petitioner states that he plans to appeal the order of removal to the Board of Immigration Appeals ("BIA").

The Court **DISMISSES** the Petition because Petitioner has not exhausted his administrative remedies with respect to the IJ's adverse bond determination. *See Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011) (pursuing habeas relief before exhausting administrative remedies at BIA is an improper shortcut). Only once Petitioner has exhausted his administrative remedies by appealing to *and* receiving a decision from the BIA regarding the IJ's adverse bond determination may he seek relief from that bond determination via a habeas petition to this Court. *Id.*

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  June 22, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-3497-CAB-JAC